B6F (Official Form 6F) (12/07)

In re  **Netwurx, Inc.**

Case No. **08-26131**

**Debtor**

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

q   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Air Wireless <br>280 Regency Court <br>Brookfield, WI 53027** | | | | | | | **8,251.56** |
| ACCOUNT NO. <br><br>**Allar Unlimited <br>7625 Pond Rd. <br>Hartford, WI 53027** | | | | | | | **165.00** |

_12_ Continuation sheets attached

Subtotal  Ø  $ **8,416.56**

Total  Ø  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re    <u>Netwurx, Inc.</u>                              Case No.    <u>08-26131</u>
                                     **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Alpine Communications<br>1321 Tower Rd.<br>Schaumburg, IL 60173** | | | | | | | **394.35** |
| ACCOUNT NO.    **Multiple account numbers**<br><br>**AT&T<br>P.O. Box 8100<br>Aurora, IL 60507-8100** | | | | | | | **337,674.46** |
| ACCOUNT NO.    **141 R22 8451 143 2**<br><br>**AT&T Advertising<br>P.O. Box 8100<br>Aurora, IL 60507-8100** | | | | | | | **45,000.00** |
| ACCOUNT NO.    **529235732**<br><br>**AT&T Alliant Law Group<br>P.O. Box 8100<br>Aurora, IL 60507-8100** | | | | | | | **42,587.00** |
| ACCOUNT NO.    **4184**<br><br>**AT&T Caps<br>P.O. Box 8100<br>Aurora, IL 60507-8100** | | | | | | | **19,589.75** |

Sheet no. <u>1</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                            Subtotal   Ø   $         **445,245.56**

                                             Total   Ø   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Netwurx, Inc.**                                Case No.   **08-26131**

                                  **Debtor**                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7211**<br><br>**AT&T Combo**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | | | | | | **211,489.19** |
| ACCOUNT NO.   **829235732**<br><br>**AT&T Internet**<br>**P.O. Box 8100**<br>**Aurora, IL 60507-8100** | | | | | | | **30,828.11** |
| ACCOUNT NO.   **421**<br><br>**Bertram Communications**<br>**300 Industrial Dr.**<br>**Random Lake, WI 53075** | | | | | | | **13,125.72** |
| ACCOUNT NO.<br><br>**Business Technologies**<br>**8633 111th Ave.**<br>**Pleasant Prairie, WI 53158** | | | | | | | **302.02** |
| ACCOUNT NO.   **1605**<br><br>**Century Spring**<br>**P.O. Box 275**<br>**Genesee Depot, WI 53127** | | | | | | | **12.56** |

Sheet no. _2_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  Ø  $       **255,757.60**

Total  Ø  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re      **Netwurx, Inc.**                                                    Case No.  **08-26131**
                              **Debtor**                                                      **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **301225861**<br><br>**CenturyTel**<br>**P.O. Box 6000**<br>**Marion, LA 71260-6000** | | | | | | | **541.98** |
| ACCOUNT NO.<br><br>**CenturyTel**<br>**P.O. Box 4065**<br>**Monroe, LA 71291-4065** | | | | | | | **5,334.81** |
| ACCOUNT NO.<br><br>**Charter**<br>**P.O. Box 78224**<br>**Milwaukee, WI 53278** | | | | | | | **34,219.48** |
| ACCOUNT NO.<br><br>**City of Hartford**<br>**109 N. Main St.**<br>**Hartford, WI 53027** | | | | | | | **3,689.01** |
| ACCOUNT NO.   **3318-00**<br><br>**City of New Berlin**<br>**3805 S. Casper Dr.**<br>**New Berlin, WI 53151** | | | | | | | **4,500.00** |

Sheet no.  3 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  Ø  | $ | **48,285.28** |

Total  Ø  | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**



In re   __Netwurx, Inc._____          Case No.   __08-26131_____

**Debtor**                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Cogent**<br>**P.O. Box 791087**<br>**Baltimore, MD 21279-1087** | | | | | | | **2,500.00** |
| ACCOUNT NO.   **1004508**<br><br>**D&D Muffler**<br>**507 W. Sumner St.**<br>**Hartford, WI 53027** | | | | | | | **212.23** |
| ACCOUNT NO.   **501-88B4037-0C2**<br><br>**Dell Financial**<br>**12234 N I H 35**<br>**Building B**<br>**Austin, TX 75753** | | | | | | | **1,980.74** |
| ACCOUNT NO.   **13836120**<br><br>**Dell Financial Services, LLC**<br>**Collections/Consumer Bankruptcy**<br>**12234B North I-35**<br>**Austin, TX 78753-1705** | | | | | | | **2,173.82** |
| ACCOUNT NO.   **135863**<br><br>**E-Vergent**<br>**8332 Corporate Dr.**<br>**Racine, WI 53406** | | | | | | | **39.20** |

Sheet no. _4_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  Ø  $      **6,905.99**

Total  Ø  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Netwurx, Inc._____          Case No. __08-26131_____
                                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7380**<br><br>**Express News**<br>**P.O. Box 335**<br>**Germantown, WI 53022** | | | | | | | 475.00 |
| ACCOUNT NO.<br><br>**Eyecom**<br>**455 E. Industrial Dr.**<br>**P.O. Box 620**<br>**Hartland, WI 53029** | | | | | | | 180,000.00 |
| ACCOUNT NO.<br><br>**Gigahertz**<br>**36 Jewelers Park Dr.**<br>**Suite 200**<br>**Neenah, WI 54956** | | | | | | | 1,566.21 |
| ACCOUNT NO. **WI-5056-07856/WI-5052-07719**<br><br>**Global Tower Partners**<br>**P.O. Box 8312**<br>**Fort Lauderdale, FL 33310** | | | | | | | 5,514.28 |
| ACCOUNT NO.<br><br>**Hartford Areas Chamber**<br>**P.O. Box 270305**<br>**Hartford, WI 53027** | | | | | | | 283.40 |

Sheet no. _5_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  Ø  $ 187,838.89

Total  Ø  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)



B6F (Official Form 6F) (12/07) - Cont.

In re   __Netwurx, Inc.__                                      Case No.   __08-26131__

                                  **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hustisford Utilities**<br>**443 E. Griffith St.**<br>**Hustisford, WI 53034** | | | | | | | **2,546.90** |
| ACCOUNT NO.<br><br>**Lemberg Electric**<br>**730 N. 109th St.**<br>**Wauwatosa, WI 53213** | | | | | | | **1,712.00** |
| ACCOUNT NO.   **5490-9924-7240-9410**<br><br>**MBNA Platinum Plus**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886** | | | | | | | **16,718.18** |
| ACCOUNT NO.<br><br>**Midwest Tower**<br>**P.O. box 8312**<br>**Fort Lauderdale, FL 33310** | | | | | | | **2,257.38** |
| ACCOUNT NO.<br><br>**Nebs**<br>**500 Main St.**<br>**Groton, MA 01471** | | | | | | | **272.56** |

Sheet no. _6_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal  ∅  $           **23,507.02**

                              Total  ∅  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Netwurx, Inc.**                                                       Case No.   **08-26131**
                                              **Debtor**                                                      **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Network Hardware Resale**<br>**26 Castilian Dr., Ste. A**<br>**Santa Barbara, CA 93117** | | | | | | | **25.00** |
| ACCOUNT NO. <br><br>**Northern Data**<br>**P.O. Box 3465**<br>**Oshkosh, WI 54903** | | | | | | | **457.92** |
| ACCOUNT NO. <br><br>**Pamela A. Maher**<br>**2858 N. Murray Ave.**<br>**Milwaukee, WI 53211** | | | **Loan to secure law firm for bankruptcy** | | | | **15,000.00** |
| ACCOUNT NO. <br><br>**Peter and Jane Maher**<br>**1273 Kennedy Dr.**<br>**Hartford, WI 53027** | | | **Loan to purchase equipment and for old expense reports** | | | | **61,000.00** |
| ACCOUNT NO. <br><br>**Pitney Bowes**<br>**P.O. Box 856390**<br>**Louisville, KY 40285** | | | | | | | **734.83** |

Sheet no. _7_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

    Subtotal  Ø  $    **77,217.75**

    Total  Ø  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Netwurx, Inc.**                                    Case No.   **08-26131**
                                   **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DEPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Print Haus<br>23 S. Main St.<br>Hartford, WI 53027** | | | | | | | **2,638.73** |
| ACCOUNT NO.<br><br>**Reilly Pennter & Benton<br>611 N. Broadway, Ste. 300<br>Milwaukee, WI 53202** | | | | | | | **6,565.00** |
| ACCOUNT NO.<br><br>**Satellite Communications<br>P.O. Box 665<br>Elm Grove, WI 53122-0665** | | | | | | | **461.48** |
| ACCOUNT NO.   **WI21167-a-05**<br><br>**SBA Structures<br>5900 Broken Sound Parkway NW<br>Boca Raton, FL 33487** | | | | | | | **459.39** |
| ACCOUNT NO.   **714595386**<br><br>**Sprint Phones<br>P.O. Box 4181<br>Carol Stream, IL 60197** | | | | | | | **3,293.61** |

Sheet no. <u>8</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   Ø    $          **13,418.21**

Total   Ø    $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**



Case 08-26131-svk    Doc 14    Filed 06/20/08    Page 9 of 13

In re   **Netwurx, Inc.**                              Case No.   **08-26131**

                                  **Debtor**                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **450993121** <br><br> **Sprint, LLC** <br> **P.O. Box 219100** <br> **Kansas City, MO 64121** | | | | | | | 20.91 |
| ACCOUNT NO. **608-280-1059; 825-526-1048; 6** <br><br> **TDS** <br> **P.O. Box 94810** <br> **Palatine, IL 60094** | | | | | | | 101,292.75 |
| ACCOUNT NO. <br><br> **The Booster** <br> **31 W. Sumner St.** <br> **Hartford, WI 53027** | | | | | | | 50.00 |
| ACCOUNT NO. **515284-02** <br><br> **Time Warner** <br> **P.O. Box 511700** <br> **Milwaukee, WI 53203** | | | | | | | 8,448.00 |
| ACCOUNT NO. <br><br> **Total Comfort** <br> **W234 N2830 Paul Rd.** <br> **Pewaukee, WI 53072** | | | | | | | 4,467.00 |

Sheet no. <u>9</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ∅   $            **114,278.66**

Total   ∅   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re    **Netwurx, Inc.**                           Case No.    **08-26131**

                            **Debtor**                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Town of Erin**<br>**1846 State Hwy 83 South**<br>**Hartford, WI 53027** | | | | | | | **4,000.00** |
| ACCOUNT NO.<br><br>**Towne Realty**<br>**Dept. 00613**<br>**Milwaukee, WI 53529** | | | | | | | **1,714.87** |
| ACCOUNT NO.    **92538694; 81322319**<br><br>**US Cellular**<br>**P.O. Box 0203**<br>**Palatine, IL 60065** | | | | | | | **4,996.24** |
| ACCOUNT NO.<br><br>**Verizon**<br>**P.O. Box 920042**<br>**Dallas, TX 75392** | | | | | | | **21,875.54** |
| ACCOUNT NO.<br><br>**Viking Communications**<br>**1421 South 62nd St.**<br>**Milwaukee, WI 53214** | | | | | | | **3,000.00** |

Sheet no. _10_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                           Subtotal   Ø   $            **35,586.65**

                           Total   Ø   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re      **Netwurx, Inc.**                                                                Case No.    **08-26131**
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.     **9213-142-234;7075-599-706; 3** <br><br>**WE Energies** <br>**Box 70474** <br>**Milwaukee, WI 53270** | | | | | | | **1,426.29** |
| ACCOUNT NO.     **10552** <br><br>**Webcelerate** <br>**473 Sapera Ct, Ste. 3** <br>**Santa Clara, CA 95054** | | | | | | | **154.00** |
| ACCOUNT NO.     **Monthly** <br><br>**White Elephant Realty** <br>**P.O. Box 270034** <br>**Hartford, WI 53027** | | | | | | | **2,700.00** |
| ACCOUNT NO. <br><br>**Winter Summer Storage** <br>**N1897 Hwy M** <br>**Watertown, WI 53092** | | | | | | | **350.00** |
| ACCOUNT NO. <br><br>**Yellowbook IL** <br>**P.O. Box 586** <br>**Newark, NJ 07101-586** | | | | | | | **673.49** |

Sheet no.  11 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    Ø   $                                **5,303.78**

Total    Ø   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **Netwurx, Inc.**                                        Case No.   **08-26131**
                                     **Debtor**                                      **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **377608** <br><br>**Yellowbook Madison**<br>**P.O. Box 6448**<br>**Carol Stream, IL 60197** | | | | | | | **1,111.39** |

Sheet no. <u>12</u> of <u>12</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                               Subtotal  ∅  $          **1,111.39**

                                                 Total  ∅  $      **1,222,873.34**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**