B6G (Official Form 6G) (12/07)

In re: Netwurx, Inc. , Case No. 08-26131
Debtor (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

q Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ameritech/SBC** | **Agreement** |
| **ARIN, Ltd.** | **Service agreement** |
| **AT&T**<br>P.O. Box 8100<br>Aurora, IL 60507-8100 | **Telephone contract** |
| **City of Burlington** | **Tower agreement** |
| **City of Hartford** | **Tower agreement** |
| **Direct Link Tower, LLC**<br>P.O. Box 270733<br>Hartford, WI 53027 | **Tower contract** |
| **ECB**<br>3319 W. Beltline Hwy.<br>Madison, WI 53713-4296 | **Tower contract** |

In re: Netwurx, Inc. , Case No. 08-26131
          Debtor                             (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GE Capital<br>P.O. Box 740420<br>Atlanta, GA 30374-0420 | Lease |
| Global Tower, LLC<br>P.O. Box 8312<br>Fort Lauderdale, FL 33310-8312 | Tower contract |
| GTP Acquisition Partners II, LLC | Tower agreement |
| Hustisford Utilities<br>443 E. Griffith St.<br>Hustisford, WI 53034 | Tower lease agreement |
| IDC/Internet Dynamics Corp. | Contract |
| K & S Golf<br>5905 Dunn Rd.<br>Sturgeon Bay, WI 54235 | Tower contract |
| Lake Mills | Tower agreement |
| Lebanon | Tower agreement |

B6G (Official Form 6G) (12/07) -Cont.

In re: __Netwurx, Inc._____, Case No. __08-26131_____
                                Debtor                                   (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Midwest Tower Partners, LLC** | **Liberty Towers agreement** |
| **Netwurx IDC - WLUM/WMCS** | **Agreement** |
| **Prairie Radio Communications**<br>**P.O. Box 448**<br>**Dekalb, IL 60115** | **Tower contract** |
| **Satcom, LLC**<br>**P.O. Box 665**<br>**Elm Grove, WI 53122-0665** | **Tower contract** |
| **SBA Structures, Inc.**<br>**P.O. Box 952448**<br>**St. Louis, MO 63195-2448** | **Tower contract** |
| **Spangler Computers, Inc.** | **Contract** |
| **TDS Metrocom** | **Co-location agreement** |
| **Time Warner**<br>**P.O. Box 511700**<br>**Milwaukee, WI 53203** | **Telephone contract** |

**B6G (Official Form 6G) (12/07) -Cont.**

In re: **Netwurx, Inc.**, Case No. **08-26131**
Debtor (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Town Investments** | **lease for room 703-324 E. Wisconsin Ave., Milwaukee, WI** |
| **Town of Erin** | **Tower agreement** |
| **Towne Realty**<br>**Dept. 00613**<br>**Milwaukee, WI 53529** | **Office lease** |
| **Viking Communications**<br>**1421 S. 62nd St.**<br>**Milwaukee, WI 53214** | **Tower contract** |
| **Village of Cambridge** | **Tower agreement** |
| **Village of Chenequa** | **Tower agreement** |
| **Watertown Water Dept.**<br>**800 Hoffman Dr.**<br>**Watertown, WI 53094** | **Tower contract** |
| **White Elephant, LLP** | **Lease for 35 E. Sumner St., Hartford, WI.** |