## UNITED STATES BANKRUPTCY COURT
### Eastern District of Wisconsin

In re: **Netwurx, Inc.**  Case No. **08-26131**

Chapter **11**

## BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing: $ **2,163,756.23**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

2. Gross Monthly Income: $ **179,285.76**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 44,362.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 8,203.86 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 11,528.52 |
| 11. Utilities | 1,212.08 |
| 12. Office Expenses and Supplies | 3,888.10 |
| 13. Repairs and Maintenance | 2,900.00 |
| 14. Vehicle Expenses | 923.66 |
| 15. Travel and Entertainment | 3,554.05 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 2,672.08 |
| 18. Insurance | 1,201.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 3,606.24 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| | |
|---|---:|
| **Dan Spangler** | 5,000.00 |
| **GE Capital** | 3,099.00 |
| **SBA 1 Acct. 100357182** | 3,299.36 |
| **SBA 2 Acct. 100360150** | 3,628.94 |
| **SBA 3 Acct. 100372070** | 4,918.94 |
| **IDC (Kiernan, Kiernan, Wenzler & Fowler)** | 12,000.00 |

21. Other (Specify):

| | |
|---|---:|
| **Cardservices, International** | 588.18 |
| **Discover Business Services** | 98.44 |
| **First Bank Financial Centre** | 89.40 |
| **Merchant Bankcard** | 65.71 |
| **Accounting** | 547.08 |
| **Legal** | 500.00 |
| **Authorizenet** | 194.23 |
| **DIP** | 1,625.00 |
| **Cardservice International** | 4,783.34 |
| **Cogent** | 2,500.00 |
| **Global Pops** | 3,000.00 |
| **Spoon River Info Ramp** | 110.00 |
| **Webcelerate** | 57.33 |
| **Time Warner Cable Business Class** | 4,500.00 |
| **Wireless network** | 2,000.00 |
| **Office computers** | 150.00 |
| **Core Network** | 750.00 |
| **Meals & entertainment** | 200.00 |
| **Domains and CS** | 500.00 |
| **Expense reports** | 3,354.05 |
| **WSLD** | 200.00 |
| **City of Watertown** | 400.00 |
| **Direc Link Tower, LLC** | 100.00 |
| **Global Tower Partners lsb, ern** | 2,000.00 |
| **Gigahertz** | 582.27 |
| **Hustisford Utilities** | 208.08 |
| **K & S Golf** | 500.00 |
| **SATCOM, LLC** | 750.00 |
| **Satellie Communications** | 20.30 |
| **SBA Structures, Inc.** | 900.00 |
| **Viking Communications** | 1,267.20 |
| **WE Energies** | 62.70 |
| **WE Energies Hartland** | 55.00 |
| **Allar Unlimited, Inc.** | 375.46 |
| **Century Springs** | 72.62 |
| **City of Hartford Treasurer** | 197.61 |
| **City of Hartford Utility Dept.** | 895.08 |
| **John Anderson Lock Service** | 8.80 |
| **White Elephant** | 2,700.00 |
| **WE Energies** | 317.00 |
| **SBC** | 105.86 |
| **Sprint** | 1,034.10 |
| **TDS** | 1,565.04 |
| **Wisconsin Dept. of Revenue** | 8,000.00 |

| Description | Amount |
|---|---:|
| Corp. filings | 6.25 |
| Travelers Ins. | 1,201.00 |
| Refunds | 500.00 |
| Wisconsin Dept. of Transportation | 13.75 |
| Westside Auto Center, LLC | 0.00 |
| Pro Auto Center | 802.47 |
| D&D Muffler & Tire | 107.44 |
| Business Technologies, Inc. | 25.17 |
| Kmart | 47.76 |
| Office Max | 101.27 |
| Pitney Bowes | 0.00 |
| Purchase Power | 0.00 |
| Quill Corporation | 19.81 |
| US Postal Service | 464.54 |
| Yellow Book / Madison | 190.23 |
| Yellow Book IL | 395.31 |
| Washington Co. Fair Park | 98.86 |
| Authorizenet | 38.23 |
| Cardmember Service | 383.98 |
| American Registry for Internet No. | 187.50 |
| AT&T | 16,877.80 |
| AT&T CABS | 11,972.10 |
| AT&T Whitewater Fiber | 2,652.00 |
| Cogent | 2,700.00 |
| Solunet | 33.17 |
| Sprint | 108.00 |

22. Total Monthly Expenses (Add items 3 - 21)  $  **202,854.35**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)  $  **(23,568.59)**