# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In the Matter of**

    **NETWURX, INC.,**                       **Case No. 08-26131-svk**
                                                     **Chapter 11**

    **Debtor.**

## MOTION BY THE DEBTOR TO MODIFY THE ACCEPTED PLAN

Netwurx, Inc., as the small business debtor (the "Debtor") in this Chapter 11 case, moves, pursuant to 11 U.S.C. § 1127(a) to modify the accepted plan. The modification to the Plan is as follows:

a) "Effective Date" shall mean the date on which the order confirming this Plan of Reorganization becomes final and non-appealable, or the Debtor declares the Effective Date to be by filing such declaration with the Court.

In support of its motion, the Debtor states:

### *Jurisdiction*

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(a) and 157(a), and the order of reference in this district entered pursuant to § 157(a).

2. This is a core proceeding under 28 U.S.C. § 157(b)(1). It concerns the administration of the Debtor's estate pursuant to § 157(b)(2)(A).

Jerome R. Kerkman
Kerkman & Dunn
757 North Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414. 277.8200
Facsmile: 414.277.0100
Email: jkerkman@kerkmandunn.com

3. The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on June 5, 2008. An order for relief was entered on the same day.

## *Basis For Relief*

4. The Debtor presented its plan for approval on September 17, 2009 at a confirmation hearing before the court. At that hearing the Debtor's plan was confirmed. The order confirming the Plan has not been entered.

5. The proposed modification does not adversely change the treatment of the claim of any creditor or the interest of any equity security holder. The modified plan meets the requirements of 11 U.S.C. §§ 1122 and 1123.

## *Conclusion*

WHEREFORE, the Debtor requests that the Court approve the modification to the plan, and grant other relief as is just.

Dated: October 19, 2009.

>   */s/ Jerome R. Kerkman*
>   Jerome R. Kerkman
>   Evan P. Schmit
>   Kerkman & Dunn
>
>   Attorneys for the Debtors

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com