# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

**In the Matter of**

    NETWURX, INC.,                          Case No. 08-26131-svk
                                                        Chapter 11

        **Debtor.**

## ORDER GRANTING MOTION BY THE DEBTOR TO MODIFY THE ACCEPTED PLAN

This matter came before the Court on October 22, 2009 at 1:00 p.m., pursuant to § 1127(a) of the Bankruptcy Code, to modify the accepted plan.

The Court finds that it has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 1334(a) and 157(a), and the order of reference in this district entered pursuant to § 157(a), and that this is a core proceeding under 28 U.S.C. § 157(b)(a) because it concerns the administration of the debtor's estate pursuant to § 157(b)(2)(L).

Notice was sufficient and required objections to be filed by October 21, 2009.

IT IS ORDERED that the debtor's Plan is modified as follows:

Drafted by:
Jerome R. Kerkman
Evan P. Schmit
757 North Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com

"Effective Date" shall mean the date on which the order confirming this Plan of Reorganization becomes final and non-appealable, or the Debtor declares the Effective Date to be by filing such declaration with the Court.

# # # # #