Winter Summer Storage
Marcos Gallardo
N1897 County Rd. M
Watertown, WI 53098

FILED - MAIL
2009 DEC -3 A 10: 49
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

TO: U.S Bankruptcy Court
U.S Courthouse
Room # 126
517 East Wisconsin Ave.
Milwaukee, WI 53202-4581

---

Case no. 08-26131-svk
Chapter 11

In the matter of NETWURX, INC

---

Date December 1, 2009

To: Honorable Susan V. Keller Judge

Winter and summer is requesting withdrawal from claim.

The money is no longer owed.

I have given Netwurx, Inc a letter stipulating that no money is owed.


Marcos Gallardo
Winter and Summer Storage