THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: February 23, 2010



Honorable Susan V. Kelley
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**

**In the Matter of**

    **NETWURX, INC.,**                                **Case No. 08-26131-svk**
                                                      **Chapter 11**

    **Debtor.**

**ORDER FOR APPROVAL OF STIPULATION RESOLVING DEBTOR'S OBJECTION**
**TO CLAIM OF YELLOW BOOK USA, CLAIM NO. 9**

      This matter came before the Court on a stipulation between Netwurx, Inc., as a small business debtor (the "Debtor"), and Yellow Book USA ("Yellow Book") that resolves the Debtor's objection to Yellow Book's claim No. 9.

      The stipulation was filed with the Court on January 5, 2010 Dkt. No. 370. Pursuant to paragraph 5.3 of the Debtor's confirmed plan all settlements of disputed claims require court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure. Notice was sufficient under the circumstances.

1

IT IS ORDERED that: The Stipulation Resolving Debtor's Objection to Claim of Yellow Book USA, Claim No. 9 is approved.