UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

In re:

NETWURX, INC.,  Case No. 08-26131-11-svk

Debtor.

## CERTIFICATE OF SERVICE

I, Jean M. Tregellas, certify that on March 2, 2010, the following documents were sent by U.S. Mail to all parties on the debtor's attached mailing matrix.

NOTICE OF DEBTOR'S MOTION FOR FINAL DECREE;

DEBTOR'S MOTION FOR FINAL DECREE; and

CHAPTER 11 FINAL REPORT

Dated: March 3, 2010.

By: _____
Jean M. Tregellas, Legal Assistant
KERKMAN & DUNN

Attorneys for the Debtor

P.O. Address:

757 N. Broadway, Suite 300
Milwaukee, WI 53202-3612
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com

AT&T Advertising
P. O. Box 8100
Aurora, IL 60507-8100

AT&T Alliant Law Group
P. O. Box 8100
Aurora, IL 60507-8100

AT&T Attorney: James Grudus, Esq.
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2694

AT&T
P. O. Box 8100
Aurora, IL 60507-8100

Allar Unlimited
7625 Pond Road
Hartford, WI 53027-9249

Bertram Communications, LLC
c/o Edward J. Ritger
675 Wolf Road
P. O. Box 371
Random Lake, WI 53075-0371

AT&T Caps
P. O. Box 8100
Aurora, IL 60507-8100

AT&T Combo
P. O. Box 8100
Aurora, IL 60507-8100

AT&T Internet
P. O. Box 8100
Aurora, IL 60507-8100

Air Wireless
280 Regency Court
Brookfield, WI 53045-6165

Alpine Communications
1321 Tower Road
Schaumburg, IL 60173-4384

Ameritech Publishing, Inc.
Case Law Firm, S.C.
400 N. Broadway, Suite 402
Milwaukee, WI 53202-5864

Charter Fiberlink, LLC
c/o Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, MO 63131-3673

City of Hartford
109 North Main Street
Hartford, WI 53027-1500

D&D Muffler & Tire
507 West Sumner Street
Hartford, WI 53027-1402

Dan Spangler, LLC
817 West Milwaukee Street
Jefferson, WI 53549-1437

Dell Financial Services
12234 North I-35
Austin, TX 78753

Eye Communication Systems, Inc.
c/o A. Erick Fabyan
115 East Capitol Drive
Hartland, WI 53029-2103

First Bank Financial Centre
Schloemer Law Firm
143 South Main Street, #3
West Bend, WI 53095

Global Tower, LLC
1801 Clint Moore Road, Suite 110
Boca Raton, FL 33487-2752

NTD
300 East Koeller
Oshkosh, WI 54902

Netwurx, Inc.
35 East Sumner Street
P. O. Box 270020
Hartford, WI 53027-0020

CenturyTel
PO Box 4300
Carol Stream, IL 60197-4300

SBC Global Services, Inc.
c/o Atty John R. Schreiber
111 E. Wisconsin Avenue, Ste. 1400
Milwaukee, WI 53202-4807

SBC Internet Services, Inc.
c/o Atty John R. Schreiber
111 E. Wisconsin Avenue, Ste. 1400
Milwaukee, WI 53202-4807

SBC Long Distance, LLC
c/o Atty John R. Schreiber
111 East Wisconsin Avenue, Ste. 1400
Milwaukee, WI 53202-4807

Schoeber Schoeber & Mitchell, S.C.
16845 West Cleveland Avenue
New Berlin, WI 53151-3532

TDS Metrocum
525 Junction Road, Ste. 6000
Madison, WI 53717-2153

Time Warner Cable
1320 N. Dr. Martin Luther Jr. King Dr.
Milwaukee, WI 53212-4002

WAV, Inc.
2380-A Prospect Drive
Aurora, IL 60502-7815

Whitewater Communications, LLC
c/o L. Katie Mason, Esq.
Reinhart Boerner Van Deuren, S.C.
1000 North Water St., Ste. 1700
Milwaukee, WI 53202-6650

Yellow Book USA
c/o RMS Bankruptcy Services
P. O. Box 5126
Timonium, MD 21094-5126

Express News
PO Box 335
Germantown, WI 53022

Attorney A. Erick Fabyan
Haight & Fabyan, SC
115 East Capitol Drive
Hartland, WI 53029-2199

Attorney Patrick T. McLaughlin
1 North Brentwood Blvd, Ste. 1000
St. Louis, MO 63105-3937

Attorney Robert F. Sullivan
16845 West Cleveland Avenue
New Berlin, WI 53151-3532

Bertram Communications
300 Industrial Drive
Random Lake, WI 53075-1674

Business Technologies
8633 – 111th Avenue
Pleasant Prairie, WI 53158-1317

Century Spring
P. O. Box 275
Genessee Depot, WI 53127-0275

Yellowbook, Madison
PO Box 660052
Carol Stream, IL 60197

CenturyTel of Midwest-Wisconsin LLC
c/o Rex D. Rainach, APLC
3622 Government Street
Baton Rouge, LA 70806-5720

Charter
P. O. Box 78224
Milwaukee, WI 53278-0224

Charter Fiberlink, LLC
Charter Communications, Inc.
c/o Atty Thomas D. Veltz
12405 Powerscourt Drive
St. Louis, MO 63131-3674

City of Hartford
109 North Main Street
Hartford, WI 53027-1500

City of New Berlin
3805 South Casper Drive
New Berlin, WI 53151-5009

Cogent
P. O. Box 791087
Baltimore, MD 21279-1087

D&D Muffler
507 West Sumner Street
Hartford, WI 53027-1402

Dell Financial Services, LLC
Collections/Consumer Bankruptcy
12234-B North I-35
Austin, TX 78753-1705

Dell Financial
12234 N I H 35
Building B
Austin, TX 78753-1705

E-Vergent
8332 Corporate Drive
Racine, WI 53406-3759

Eyecom
455 East Industrial Drive
P. O. Box 620
Hartland, WI 53029-0620

First Bank Financial Centre
155 West Wisconsin Avenue
Oconomowoc, WI 53066-5228

GE Capital
P. O. Box 740420
Atlanta, GA 30374-0420

Gigahertz
36 Jewelers Park Drive
Suite 200
Neenah, WI 54956-5904

Global Tower Partners
P. O. Box 8312
Fort Lauderdale, FL 33310-8312

Eric Kiernan
120 North Fraternity Lane
Whitewater, WI 53190-1215

David Kiernan
120 North Fraternity Lane
Whitewater, WI 53190-1215

Dave Mack
W7703 Koshkonong Lake
Fort Atkinson, WI 53538-9552

Pitney Bowes
P. O. Box 856390
Louisville, KY 40285-6390

Reilly Pennter & Benton
1233 North Mayfair Road
Milwaukee, WI 53226-3255

| | | |
|---|---|---|
| Hartford Areas Chamber<br>P. O. Box 27035<br>Hartford, WI 53027-0305 | Hustisford Utilities<br>443 East Griffith Street<br>Hustisford, WI 53034-9707 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 21126<br>Philadelphia, PA 19114-0326 |
| James Grudus, Esq.<br>AT&T Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2694 | Jeff Wenzler<br>N493 Old Highway 26<br>Fort Atkinson, WI 53538-8771 | Internal Revenue Service<br>211 West Wisconsin Avenue<br>Milwaukee, WI 53203-2303 |
| MBNA Platinum Plus<br>P. O. Box 15019<br>Wilmington, DE 19886-5019 | Marcos Gallardo<br>d.b.a. Winter Summer Storage<br>111 North Fourth Street<br>Watertown, WI 53094-3860 | Midwest Tower<br>P. O. Box 8312<br>Fort Lauderdale, FL 33310-8312 |
| Nebs<br>500 Main Street<br>Groton, MA 01471-0001 | Network Hardware Resale<br>26 Castillian Drive, Suite A<br>Santa Barbara, CA 93117-5565 | Northern Data<br>P. O. Box 3465<br>Oshkosh, WI 54903-3465 |
| Office of the U.S. Trustee<br>517 East Wisconsin Avenue<br>Room 430<br>Milwaukee, WI 53202-4510 | Pamela A. Maher<br>2858 North Murray Avenue<br>Milwaukee, WI 53211-3648 | Peter and Jane Maher<br>1273 Kennedy Drive<br>Hartford, WI 53027-9265 |
| Ronald Fowler<br>11726 North McMillian<br>Whitewater, WI 53190-3129 | SBA<br>P. O. Box 1004<br>Oconomowoc, WI 53066-6004 | SBA Structures<br>5900 Broken Sound Parkway NW<br>Boca Raton, FL 33487-2797 |
| SBC Global Services, Inc.<br>AT&T Attorney: James Grudus, Esq.<br>AT&T Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2694 | SBC Global Services, Inc.<br>c/o Vincent A. D'Agostino, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791 | Satellite Communications<br>P. O. Box 665<br>Elm Grove, WI 53122-0665 |
| Schober, Schober & Mitchell, S.C.<br>P. O. Box 554<br>Waukesha, WI 53187-0554 | Sprint Phones<br>P. O. Box 4181<br>Carol Stream, IL 60197-4181 | Sprint LLC<br>P. O. Box 219100<br>Kansas City, MO 64121-9100 |
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | TDS Metrocom<br>c/o H.E. Stark Agency, Inc.<br>P. O. Box 45710<br>Madison, WI 53744-5710 | The Booster<br>31 West Sumner Street<br>Hartford, WI 53027-1430 |
| Time Warner<br>P. O. Box 511700<br>Milwaukee, WI 53203-0291 | Total Comfort<br>Total Mechanical Inc.<br>W234 N2830 Paul Road<br>Pewaukee, WI 53072-5731 | Town of Erin<br>1846 State Highway 83 South<br>Hartford, WI 53027-9774 |

| | | |
|---|---|---|
| Towne Realty<br>Department 00613<br>Milwaukee, WI 53529 | US Cellular<br>P. O. Box 0203<br>Palatine, IL 60078-0203 | Verizon<br>P. O. Box 920042<br>Dallas, TX 75392-0001 |
| Verizon North Inc.<br>AFNI / Verizon<br>404 Brock Drive<br>Bloomington, IL 61701-2654 | Viking Communications<br>1421 South 62nd Street<br>Milwaukee, WI 53214-5090 | WAV<br>c/o Coface North America Inc.<br>50 Millstone Road<br>Building 100, Suite 360<br>East Windsor, NJ 08520-1415 |
| WE Energies<br>Box 70474<br>Milwaukee, WI 53207-0474 | Webcelebrate<br>473 Sapera Court, Suite 3<br>Santa Clara, CA 95054-2427 | White Elephant Realty<br>P. O. Box 270034<br>Hartford, WI 53027-0034 |
| Winter Summer Storage<br>N1897 Highway M<br>Watertown, WI 53098-3900 | Wisconsin Department of Revenue<br>141 NW Barstow Street<br>Waukesha, WI 53188-3789 | Wisconsin Department of Revenue<br>Attn: Special Procedures Unit<br>P. O. Box 8901<br>Madison, WI 53708-8901 |
| Yellow Bank USA<br>c/o RMS Bankruptcy Recovery Services<br>P. O. Box 5126<br>Timonium, MD 21094-5126 | Yellowbook USA West<br>P. O. Box 660052<br>Dallas, TX 75255-0052 | Lemberg Electric<br>4085 N. 128th St.<br>Brookfield, WI 53005-1812 |
| David Mack<br>W7703 Koshkonong Lake Road<br>Fort Atkinson, WI 53538-9552 | Guy K. Fish<br>Fish Law Offices<br>533 Vernal Avenue<br>Milton, WI 53563-1144 | Jeff Wenzler<br>N493 Old Highway 26<br>Ft. Atkinson, WI 53538-8771 |
| Pamela Maher<br>W2888 Mitchell Road<br>Eau Claire, WI 54701-8602 | Peter Maher<br>c/o Netwurx<br>35 East Sumner Street<br>P. O. Box 270020<br>Hartford, WI 53027-0020 | Ronald G. Fowler<br>11726 McMillin Road<br>Whitewater, WI 53190-3129 |
| Yellow Book USA West<br>PO Box 660052<br>Dallas, TX 75255-0052 | | |

Updated 12.4.09