THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 19, 2010



Honorable Susan V. Kelley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

**In the Matter of**

    **NETWURX, INC.,**      **Case No. 08-26131-svk**
                                               **Chapter 11**

    **Debtor.**

## FINAL DECREE

The estate of the above named debtor has been fully administered.

The debtor's plan has been substantially consummated.

IT IS ORDERED THAT the chapter 11 case of the above named debtor is closed.

####

Drafted By:

Evan P. Schmit
Kerkman & Dunn
757 N. Broadway, Suite 300
Milwaukee, WI 53202
Phone: 414.277.8200
Fax: 414.277.0100
Email: eschmit@kerkmandunn.com